

**The relief described hereinbelow is SO ORDERED.**

**Signed June 05, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| *In re*: | § | Chapter 11 |
| | § | Case No. 20-50805-RBK |
| KrisJenn Ranch, LLC, KrisJenn Ranch, LLC, Series Uvalde Ranch*, | § § § | Case No. 20-51083-RBK * |
| KrisJenn Ranch, LLC, Series Pipeline Row**  | § § | |
| *Debtors* | § § | Case No. 20-51084-RBK ** |

### ORDER GRANTING CREDITORS DMA PROPERTIES, INC.'S
### AND LONGBRANCH ENERGY, LP'S
### AMENDED MOTION TO SEVER / DKT # 22

On May 21, 2020 came on for consideration the Amended Motion to Sever or Dismiss [Dkt # 22] filed by DMA Properties, Inc. and Longbranch Energy, LP (collectively "Movant" and/or "DMA / Longbranch"), and any responses filed by the Debtors KrisJenn Ranch, LLC, KrisJenn Ranch, LLC – Series Uvalde Ranch and KrisJenn Ranch, LLC – Series Pipeline ROW, and following a hearing regarding the Motion conducted on May 21, 2020, and having duly considered the parties' pleadings, the evidence, including the exhibits admitted into evidence and the

testimony of the Debtors' principal Mr. Larry Wright, and the applicable law, the Court is of the opinion and hereby finds that the Motion should be granted in pertinent part as set forth below.

**IT IS THEREFORE ORDERED** by the Court that the Motion to Sever or Dismiss is **GRANTED** in pertinent part as follows:

1. The Court finds that each of the Debtors in this chapter 11 proceeding is treated under applicable Texas law and under the Bankruptcy Code as a separate person and therefore should each file separate bankruptcy cases.

2. The Court finds that each of the Debtors are "persons" for the purposes of 11 U.S.C. § 101(41), and as such the chapter 11 cases of the Debtors KrisJenn Ranch, LLC – Series Uvalde Ranch and KrisJenn Ranch, LLC – Series Pipeline ROW shall be and they are hereby SEVERED from this case involving the Debtor KrisJenn Ranch, LLC.

3. Debtors' counsel shall promptly, but not later than fourteen (14) days following the date of the signing and entry of this Order, file amended voluntary chapter 11 petitions in bankruptcy separately for the Debtor KrisJenn Ranch, LLC – Series Uvalde Ranch and KrisJenn Ranch, LLC – Series Pipeline ROW, and not later than thirty (30) days following the date of the signing and entry of this Order shall pay to the United States Bankruptcy Clerk the applicable filing fees for such severed cases. Should the Debtors fail to file such amended voluntary chapter 11 petitions together with applicable schedules and filing fees, then the bankruptcy shall be dismissed as to each Debtor or Debtors failing to do so.

4. The chapter 11 cases of KrisJenn Ranch, LLC, KrisJenn Ranch, LLC – Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW shall be separately docketed but, in accordance with the Court's separate *Sua Sponte* Order for Joint Administration in this

proceeding, shall be jointly administered in accordance with the terms of the *Sua Sponte* Order for Joint Administration.

5. All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made, and there shall be separate proofs of claim registers in each case.

6. Each of the Debtors shall file a separate plan of reorganization in their respective chapter 11 cases unless the Court orders otherwise.

7. Nothing in this order shall be construed as findings or a ruling as to whether substantive consolidation is appropriate in this case and no party waives its rights to seek substantive consolidation in the future.

# # #

Order Prepared by:

Michael J. Black
Attorney in Charge for DMA / Longbranch
BURNS & BLACK, PLLC
750 Rittiman Road
San Antonio, Texas 78209-5500