

**The relief described hereinbelow is SO ORDERED.**

**Signed June 05, 2020.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KrisJenn Ranch, LLC | § | Case No. 20-50805-rbk |
| KrisJenn Ranch, LLC–Series Uvalde Ranch | § | Case No. 20-51083-rbk |
| KrisJenn Ranch, LLC–Series Pipeline ROW | § | Case No. 20-51084-rbk |
| | § | |
| Debtors. | § | |

## *SUA SPONTE* ORDER FOR JOINT ADMINISTRATION

On April 29, 2020, the creditors DMA Properties, Inc. and Longbranch Energy, LP filed an Amended Motion to Sever or Dismiss (Dkt # 22) (the "Motion"). On May 21, 2020, the Court granted the Motion and severed the cases, and *sua sponte* ordered that the three cases be jointly administered upon the filing of amended petitions and payment of the required filing fees. (Dkt # 47.) On June 5, 2020, KrisJenn Ranch, LLC–Series Uvalde Ranch and KrisJenn Ranch, LLC–Series Pipeline ROW filed their petition and schedules and paid the required filing fees. The Court, after due deliberation and sufficient cause appearing, finds that the chapter 11 cases of KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW be jointly administered in accordance with the terms of this Order, as follows:

1. Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases of the Debtors; it is the Court's intention to jointly administer the Chapter 11 Cases of the Debtors for procedural purposes only.

2. The Debtors' Chapter 11 Cases are to be jointly administered under *In re KrisJenn Ranch, LLC*, Case No. 20-50805-rbk.

3. Judge Ronald B. King shall preside over these jointly administered cases.

4. The joint caption of the Chapter 11 Cases shall read as shown in attached **Exhibit A**.

5. All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of *In re KrisJenn Ranch, LLC*, Case No. 20-50805-rbk.

6. All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made.

7. The Debtors shall file a combined monthly operating report in the case of *In re KrisJenn Ranch, LLC*, Case No. 20-50805-rbk; however, each of the Debtors shall attach to the combined MOR-6 Statement of Income (Loss) and MOR-7 Cash Receipts and Disbursements an MOR-6 and MOR-7 detailing the Debtor's own income, receipts and disbursements.

8. Each of the Debtors shall (a) maintain separate financial accounts and records; (b) not be liable for the claims against any of the other Debtors by virtue of this Order; (c) file separate Bankruptcy Schedules and Statements of Financial Affairs; and (d) establish a "due to/due from" system of accounting to track any intercompany transactions.

9. A docket entry shall be made in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing the joint administration of the chapter 11 cases of KrisJenn Ranch, LLC, KrisJenn Ranch, LLC–Series Uvalde Ranch, and KrisJenn Ranch, LLC–Series Pipeline ROW; the docket for KrisJenn Ranch, LLC should be consulted for all matters affecting this case.

10. Debtors shall file a master service list in *In re KrisJenn Ranch, LLC*, Case No. 20-50805-rbk that includes all creditors, persons filing Notices of Appearances, and all parties-in-interest in all of the Debtors' jointly administered cases for future noticing requirements.

11. This Order shall be served by the Debtors on interested parties and all parties included on the master service list.

### 

Order Prepared by:

Shane P. Tobin
Trial Attorney for the United States Trustee
903 San Jacinto Ave., Room 230
Austin, Texas 78701

# EXHIBIT A
## JOINTLY ADMINISTERED CASES CAPTION

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KrisJenn Ranch, LLC, *et al.* | § | Case No. 20-50805-rbk |
| | § | |
| Debtors. | § | (Jointly Administered) |