**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**SHANE P. TOBIN**
**TRIAL ATTORNEY**
**903 SAN JACINTO BLVD, ROOM 230**
**AUSTIN, TX 78701**
**Telephone: (512) 916-5328**
**Facsimile: (512) 916-5331**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISJENN RANCH, LLC | § | CASE NO. 20-51083-RBK |
| SERIES UVALDE RANCH | § | CHAPTER 11 |
| | § | |
| DEBTOR IN POSSESSION | § | |

**REPORT OF THE UNITED STATES TRUSTEE OF**
**INABILITY TO APPOINT A CREDITORS' COMMITTEE**

COMES NOW Henry G Hobbs, Jr., the United States Trustee for Region 7 (the "UST"), who, by and through the undersigned attorney respectfully reports as follows:

1. The voluntary petition in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was filed on 4/27/2020. The Debtor filed an amended petition on June 19, 2020.

2. The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims (Creditors' Committee) pursuant to 11 U.S.C. § 1102(a)(1).

3. The United States Trustee has attempted to solicit creditors interested in serving on the Unsecured Creditors' Committee from the 20 largest unsecured creditors. After excluding governmental units, secured creditors and insiders, the United States Trustee has been unable to solicit sufficient interest in serving on the Committee, in order to appoint a proper Committee.

THEREFORE, the United States Trustee has been unable to appoint an Unsecured Creditors' Committee as contemplated by 11 U.S.C. § 1102.

> Respectfully submitted,
>
> HENRY G. HOBBS, JR.
> ACTING UNITED STATES TRUSTEE
> REGION 7
>
> By: /s/ *Shane P. Tobin*
>     Shane P. Tobin
>     Trial Attorney
>     CA State Bar No. 317282
>     903 San Jacinto Blvd, Room 230
>     Austin, TX 78701
>     (512) 916-5328
>     (512) 916-5331 Fax
>     Shane.P.Tobin@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above **United States Trustee's Report of Inability to Appoint a Creditors' Committee** was served via First Class Mail on the parties listed on the attached mailing matrix, on this the 16th day of July, 2020.

> /s/ Shane P. Tobin
> Shane P. Tobin
> Trial Attorney