UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
DIVISION

IN RE:

        CASE NO.
        CHAPTER 11

PROCEEDING MEMO - §341 MEETING ON      , AT

1. Disclosure statement filed by attorney for debtor pursuant to 11 U.S.C. § 329 and Bankruptcy Rule 2016(b):

2. Debtor(s) appeared:

3. Counsel for debtor(s) appeared:

4. Meeting adjourned to      , at

   OR

   Meeting concluded:

5. Notes of Presiding Officer:

DATE PETITION FILED:
BAR DATE:
PLUS    DAYS:

CREDITORS' COMMITTEE FORMED:     NOTICE OF APPOINTMENT FILED:

                                              Presiding Officer

U. S. Trustee Notes to §341 Meeting

Case No.