# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20–51083–rbk
Chapter No.: 11
Judge: Ronald B. King

IN RE: **KrisJenn Ranch, LLC, Series Ulvade Ranch**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    VIA PHONE:(650)479–3207; AC 160–686–6761

on    **8/4/21 at 09:30 AM**

TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (650) 479–3207 Access Code 160–686–6761 (1) IF TIME ESTIMATE EXCEEDS 20 MINUTES OR (2) IF EXHIBITS WILL BE OFFERED PLEASE CONTACT DEANNA CASTLEBERRY @ deanna_Castleberry@txwb.uscourts.gov (Related Document(s): 14 Amended Disclosure Statement filed by Ronald J Smeberg for Debtor KrisJenn Ranch, LLC, Series Ulvade Ranch.) Hearing Scheduled For 8/4/2021 at 9:30 AM at VIA TELEPHONE–Conference Dial–In Number: (650)479–3207; Access Code: 160–686–6761 (Castleberry, Deanna)

Dated: 7/19/21

                                                 Barry D. Knight
                                                 Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]