

**The relief described hereinbelow is SO ORDERED.**

**Signed February 04, 2022.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, SERIES | § | CASE NO. 20-51083-rbk |
| UVALDE RANCH | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

**ORDER APPROVING DEBTORS' FOURTH AMENDED JOINT DISCLOSURE STATEMENT TO FOURTH AMENDED SUBSTANTIVELY CONSOLIDATED PLAN OF REORGANIZATION, SETTING CONFIRMATION HEARING AND FIXING TIME FOR FILING ACCEPTANCES AND REJECTIONS OF DEBTORS' FOURTH AMENDED SUBSTANTIVELY CONSOLIDATED PLAN OF REORGANIZATION**

A Fourth Amended Joint Disclosure Statement (hereinafter "Disclosure Statement") having been filed by KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch LLC, Series Pipeline Row (the "Debtors") on February 3, 2022, and a Fourth Amended Substantially Consolidated Plan of Reorganization (hereinafter ("Plan") having been filed by Debtors on February 3, 2022;

It having been determined after hearing on notice that the Disclosure Statement contains adequate information;

It is **ORDERED**, and notice is hereby given, that the Disclosure Statement filed by Debtors is conditionally approved; and it is further

**ORDERED** that, pursuant to Bankruptcy Rule 3017(d), the Debtors shall transmit by first class mail a copy of the Plan, Disclosure Statement, a Ballot conforming to Official Form 14, and a copy of this Order to the last known address of all creditors, parties in interest, and any party who has filed a notice of appearance and the United States Trustee by no later than **February 7, 2022**; and it is further

**ORDERED** that **February 14, 2022**, is fixed as the deadline by which the holders of claims and interests against the Debtors may submit their ballots to accept or reject the Plan by submitting their executed ballots to The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, Texas 78248, Attn: Ronald J. Smeberg, with said ballots being submitted in person, via facsimile at 210-598-7357, or via email to ron@smeberg.com; and it is further

**ORDERED** that **February 14, 2022**, is fixed for the deadline by which creditors and parties in interest may file objections to the confirmation of the Plan, which objections shall be in writing and filed with the Clerk of the Bankruptcy Court, 615 E. Houston St., Room 597, San Antonio, Texas 78205, together with proof of service, and served on The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, Texas 78248, Attn: Ronald J. Smeberg; and it is further

**ORDERED** that Debtors shall submit a ballot summary to the Court no later than **February 16, 2022**; and it is further

**ORDERED** that a **in person** hearing on confirmation of the Plan shall be held before this Court on **February 17, 2022, at 1:30 p.m., in Courtroom Number 1, Third Floor, Judge King presiding,**

**United States Courthouse, Hipolito F. Garcia Federal Building, 615 E. Houston, San Antonio Texas 78205**. **If Parties Do Not Wish To Appear In Person, Contact The Courtroom Deputy, Deanna Castleberry By Telephone (210) 472-6720 Ext. 5735 Or By Email At deanna_castleberry@txwb.uscourts.gov To Appear Via Telephone Or WEBEX.**

# # #

Respectfully submitted:

By: */s/ Ronald J. Smeberg*
RONALD J. SMEBERG
Texas State Bar No. 24033967
THE SMEBERG LAW FIRM, PLLC
4 Imperial Oaks
San Antonio, Texas 78248
(210) 695-6684, Telephone
(210) 598-7357, Facsimile
ron@smeberg.com
ATTORNEY FOR DEBTORS